**RICCI TYRRELL JOHNSON & GREY, PLLC**
BY: Stuart M. Goldstein, Esquire
Willow Ridge Executive Office Park
750 Route 73 South – Suite 202B
Marlton, NJ 08053
(856) 810-8860
ATTORNEY FOR Britton's Bakery

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRITTON'S BAKERY,** | : |
| Plaintiff, | : Civil Action No.: 1:14-cv-06569 JEI-KMW |
| v. | : |
| **BRETT STROTHERS** and **BRITTS BAKERY,** | : |
| Defendants. | : |

### STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff, Britton's Bakery, hereby dismisses this action without prejudice.

RICCI TYRRELL JOHNSON & GREY, PLLC

By: _s/Stuart M. Goldstein_
Stuart M. Goldstein (SMG 4271)
Willow Ridge Executive Office Park
750 Rt. 73S., Suite 202B
Marlton, NJ 08053
Ph 856-810-8860
Fx 856-810-8861
Attorney for Plaintiff
Britton's Bakery

SO ORDERED this 27th day of March, 2015.
The Clerk of the Court is hereby ordered to CLOSE THIS FILE.

Joseph E. Irenas, S.U.S.D.J.

{2516.00001:00170506 }